[Cite as *Rote v. Unknown*, 2010-Ohio-4230.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

RACHEL A. ROTE

    Plaintiff

    v.

UNKNOWN

    Defendant

    Case No. 2010-03037-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF DISMISSAL

{¶ 1} On February 22, 2010, this court issued an entry dismissing Cooper Properties, LLC as defendant. The plaintiff was ordered to submit an amended complaint on or before March 21, 2010, which named a state entity as defendant or face dismissal of her case. A check of the docket reveals plaintiff has failed to comply with this court's order of February 22, 2010. Therefore, plaintiff's case is DISMISSED without prejudice. The court shall absorb the court costs of this case.

_____
DANIEL R. BORCHERT
Deputy Clerk

Entry cc:

Rachel A. Rote
93 Olentangy Point

Columbus, Ohio  43202

DRB/laa
Filed 5/4/10
Sent to S.C. reporter 9/2/10